FRANCES MORRIS et al., as Executors of JOACHIM DE COMPS, Deceased, Appellants, *v.* THEOPHILUS WUCHER, Respondent.

*Morris* v. *Wucher*, 115 App. Div. 278, affirmed.
(Argued March 8, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover money alleged to have been loaned.

*Simon Sultan* for appellants.

*Paul Fuller, Jr.,* and *Frederic R. Coudert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not voting: CULLEN, Ch. J., and CHASE, JJ.

---

TOWN OF EAST FISHKILL, Respondent, *v.* TOWN OF WAPPINGER, Appellant.

*Town of East Fishkill* v. *Town of Wappinger*, 107 App. Div. 622, affirmed.
(Submitted March 11, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 19, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action under the provisions of section 135 of the Highway Law to recover one-half the expense of repairing two bridges.

*George Wood* and *C. Morchauser* for appellant.

*C. M. Smalley* and *Charles A. Hopkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.